GARRICK S. LEW (State Bar No. 61889)
1000 Brannan Street, Suite 488
San Francisco, CA 94103-4888
Telephone: (415) 575-3588
Facsimile: (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant
James Yeung

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JAMES YEUNG and REANU CHAISRI,<br>Defendants. | CR 10-0106-SI<br><br>**STIPULATION TO CONTINUE SENTENCING DATE** and ~~[PROPOSED]~~ **ORDER** |

The United States, through its counsel Matthew McCarthy, and defendants James Yeung and Reanu Chaisri, through their counsel Garrick S. Lew for defendant Yeung and Matthew Siroka for defendant Chaisri, hereby stipulate and agree to continue the sentencing date presently scheduled for Friday, December 14, 2012 at 11:00 a.m. to February 22, 2013 at 11:00 a.m.

Good cause for the stipulated request for continuance exists pursuant to 18 U.S.C. § 3161 (h)(8)(A) and 18 U.S.C. § 3161 (h)(8)(B)(iv) on the grounds that defendant Yeung requires additional time to submit to a safety valve interview and the case agent assigned to the case is presently overseas and unavailable. The parties have conferred with USPO Jill Polish Spitalieri and jointly request the new date of February 22, 2013 for sentencing of both defendants.

SO STIPULATED.

Dated: December 5, 2012

GARRICK S. LEW
Attorney for James Yeung

Dated: December 5, 2012

________/s/_______________
Matthew Siroka
Attorney for Reanu Chaisri

Dated: December 5, 2012

_________/s/______________
Matthew McCarthy
Assistant United States Attorney

## [~~Proposed~~] **ORDER**

Based on the stipulation of the parties, good cause appearing,

IT IS HEREBY ORDERED that defendants YEUNG and CHAISRI sentencing hearing scheduled for December 14, 2012 is vacated and sentencing is continued to 11:00 a.m. on February 22, 2013.

DATED: December 5, 2012

_______________________
Honorable Susan Illston
United States District Court Judge